Petition for Writ of Habeas Corpus Denied and Memorandum Opinion filed
September 14, 2007








 

Petition
for Writ of Habeas Corpus Denied and Memorandum Opinion filed September 14,
2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00597-CV

____________

 

IN RE BRIAN CHARLES SMITH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF HABEAS
CORPUS

 



 

M E M O R
A N D U M   O P I N I O N

On August 22, 2007, relator Brian Charles Smith filed a petition for
writ of habeas corpus seeking release from jail.  See Tex. Gov=t Code Ann. ' 22.221(d) (Vernon 2004); Tex. R. App. P. 52. 

We deny
relator=s petition for writ of habeas corpus.

PER
CURIAM

Petition Denied and Memorandum Opinion filed 
September 14, 2007.

Panel consists of Chief Justice Hedges and Justices
Anderson and Hudson.